

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00071-CR

Jose Santos Acosta **ISIDRO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 22nd District Court, Comal County, Texas
Trial Court No. CR2001-98
Honorable Gary L. Steel, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 9, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice